**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **MINUTES OF INITIAL APPEARANCE AND ARRAIGNMENT** |
| vs.                          ) | Case No. 13-CR-40048-JPG |
| RAY ALLEN FLENER,       ) | |
|                 Defendant. ) | **Date:** May 31, 2013<br>**Location:** Benton |

**PRESENT: HON. PHILIP M. FRAZIER, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Karen R. Metheney        **COURT REPORTER:** Digital Audio Recording

**COUNSEL FOR GOVERNMENT:** William E. Coonan

**COUNSEL FOR DEFENDANT:** Jared P. Martin

[x]     Defendant present in open court in custody pursuant to writ issued to Franklin Co., IL.

[x]     Financial Affidavit filed; counsel requested. Request        [x] Granted.   [ ] Denied.
          [x] Federal Public Defender appointed.  [ ] Panel attorney to be appointed.

[x]     Defendant waives reading of charges and is advised of rights.

[x]     Defendant arraigned on [x] Indictment        [ ] Information.

[x]     Plea:  [x] Not Guilty as to Counts   1 and 2 entered by the Court on defendant's behalf.

[x]*    Final Pretrial Conference set for  **JULY 25, 2013, 9:30 A.M.**   before Judge Gilbert in Benton. The Defendant's presence is required.

[x]*    Jury Trial set for  **AUGUST 5, 2013, 9:00 A.M.**   before Judge Gilbert in Benton.

[x]     Motion for Pretrial Detention by the Government.

[ ]     Detention Hearing set for _____ before Judge _____ in _____.

[x]     Detention Hearing WAIVED.  Order to enter.

[x]     Defendant remanded to custody of U.S. Marshals.

*No further notice of this setting will be given.*