IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAY ALLEN FLENER, <br><br> Defendant. | Case No. 13-cr-40048 JPG |

### MEMORANDUM AND ORDER

THE COURT, upon motion by the Defendant, Ray Flener, by and through his counsel, Timothy Capps, being fully apprised of the premises thereof and there being no objection by the Government, hereby finds that said Motion for Forensic Psychological Evaluation (Doc. 25) should be and is **GRANTED**.  Having inquired into the matter at a hearing on September 6, 2013, the Court finds the expert services requested are necessary to Flener's defense and that Flener is financially unable to obtain those services on his own.  Accordingly, pursuant to 18 U.S.C. § 3006A(e)(1), the Court **AUTHORIZES** defense counsel to obtain the requested services from Dr. Michael Althoff.  Pursuant to 18 U.S.C. § 3006A(e)(3), the Court authorizes payment of $2,400 for the requested services.  Flener may request up to an additional $1,100 by demonstrating that the additional funds are "necessary to provide fair compensation for services of an unusual character or duration."  18 U.S.C. § 3006A(e)(3).  If the Court approves the additional funds, it will then submit Flener's request to the chief judge of the circuit for his approval.  *See id*.

s/J. Phil Gilbert                                                                 September 9, 2013
**JUDGE**                                                                              **DATED**